UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) EDTN Arresting Dist. No. 1:26-mj-15 |
| v. | ) |
| | ) Charging Dist. No. 6:25-mj-675 |
| | ) Western District of Texas, Waco Division |
| ANNA NICOLE CLARK | ) |

## **MEMORANDUM AND ORDER**

Defendant Anna Nicole Clark ("Defendant") came before the Court on January 16, 2026, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure, for an initial appearance on an arrest warrant on an Information out of the United States District Court, Western District of Texas, Waco Division (the "Information"). Those present for the hearing included:

(1) AUSA Kevin Brown for the USA.
(2) The Defendant, Anna Nicole Clark
(3) Attorney Everett Hoagland with Federal Defender Services of Eastern Tennessee, as appointed counsel for defendant.

After being sworn in due form of law, Defendant was informed or reminded of her privilege against self-incrimination under the 5th Amendment and her right to counsel under the 6th Amendment to the United States Constitution. The Court determined that Defendant wished to be represented by an attorney and that she qualified for the appointment of an attorney to represent her at Government expense. Consequently, the Court **APPOINTED** Everett Hoagland of Federal Defender Services of Eastern Tennessee, Inc., to represent Defendant with respect to further proceedings in this case in the Eastern District of Tennessee.

Defendant was furnished with a copy of the arrest warrant and the Information and had the opportunity of reviewing those documents with her attorney. The Court determined Defendant was capable of being able to read and understand the documents. At the Court's request, AUSA Brown explained to Defendant the offense detailed in the Information. Defendant acknowledged that she understood the offense with which she is charged in the Information.

The AUSA moved that Defendant be detained without bail pending a detention hearing in the United States District Court for the Western District of Texas, Waco Division. The Court explained to Defendant that she had a right to an identity hearing to determine whether she is the person named in the Information, a right to production of the warrant, and any preliminary and/or detention hearing to which she may be entitled. The Court further explained to Defendant that she

1

had a right to transfer these proceedings to the charging district, which, in this case, is the United States District Court for the Western District of Texas, Waco Division.

Defendant agreed to waive an identity hearing, production of the warrant, and a preliminary and/or detention hearing in this Court, and to request transfer of those proceedings to the United States District Court for the Western District of Texas, Waco Division. The Court confirmed that Defendant would be entitled to such proceedings in the charging district at a date and time set by that Court.

The Court therefore **ORDERS** that:

1. The Government's motion that Defendant be **DETAINED WITHOUT BOND** pending further proceedings in the United States District Court for the Western District of Texas, Waco Division, is **GRANTED**.

2. The U.S. Marshal shall transport Defendant to the United States District Court for the Western District of Texas, Waco Division.

3. The Clerk of Court for the Eastern District of Tennessee shall promptly transmit all documents relating to this case to the Clerk of Court for the United States District Court for the Western District of Texas, Waco Division.

4. The Clerk of Court for the United States District Court for the Western District of Texas, Waco Division shall immediately notify the United States Attorney for such district of Defendant's arrival so that further proceedings may be promptly scheduled.

**SO ORDERED.**

s/ *[signature]*
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE